AO 83 (Rev. 06/09) Summons in a Criminal Case 

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br><br>TIMOTHY A. BROWN<br><br>_Defendant_ | )<br>)<br>)<br>) Case No. 2:17cr10<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: Magistrate Courtroom 2 |
|---|---|
| | Date and Time: 01/10/2020 9:00 am |

This offense is briefly described as follows:

ORIGINAL CHARGES: 21:846 Conspiracy to distribute more than 500 grams of cocaine powder; 1 18:924(c) Possess a firearm in relation to a drug trafficking crime

Date: 12/23/2019

/s/
_Issuing officer's signature_

Mark S. Davis, Chief U.S. District Judge
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
_Server's signature_

_____
_Printed name and title_